IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESTER WASHINGTON,

    Petitioner,　　　　　　　　　　No. CIV S-06-2036 FCD DAD P

  vs.

L.E. SCRIBNER, Warden, et al.,

    Respondents.　　　　　　　　　ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Petitioner is incarcerated in Calipatria State Prison, which is located in Imperial County, within the jurisdiction of the United States District Court for the Southern District of California. Petitioner attacks a judgment of conviction entered in the Santa Barbara County Superior Court, within the jurisdiction of the United States District Court for the Central District of California.

        District courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. 28 U.S.C. § 2241(d). Because petitioner was not convicted in the Eastern District of California and is not presently confined in this district, this Court does not have jurisdiction to entertain the

1 habeas application. It appears that any and all witnesses and evidence necessary for the
2 resolution of petitioner's habeas petition would be more readily available in Santa Barbara
3 County. In the furtherance of justice, this action will be transferred to the United States District
4 Court in the district where petitioner was convicted.
5       Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
6 United States District Court for the Central District of California.
7 DATED: October 12, 2006.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
wash2036.108b